48 F.3d 1218
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Mack Arthur WHITE, Plaintiff-Appellant,
v.
S. JONES, Major; Louise C. Davis, Defendants-Appellees.
 No. 94-6788.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 16, 1995.
Decided March 6, 1995.
 
 Mack Arthur White, Appellant pro se.
 Pamela Anne Sargent, Assistant Attorney General, Richmond, VA, for Appellees.
 Before HAMILTON and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the magistrate judge's order* denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. Our review of the record and the magistrate judge's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the magistrate judge. White v. Jones, No. CA-93-577-R (W.D.Va. June 20, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. Sec. 636(c)(2) (1988)